683 A.2d 1158

LAMBERT DE VRIES, ET AL. v. PATERSON
HABITAT FOR HUMANITY.

October 2, 1996.

ORDER

Leave to appeal is granted.

683 A.2d 1158

JEANNE C. LEMELLEDO, ETC. v. BENEFICIAL MANAGEMENT
CORP., OF AMERICA, ET AL.

October 2, 1996.

ORDER

Leave to appeal is granted.

683 A.2d 1158

JACQUELINE PEERS v. PETER PEERS.

October 8, 1996.

ORDER

Leave to appeal is granted and the matter is summarily re-
manded to the Family Part for reconsideration of the visitation
issue on an expedited basis after a plenary hearing at which
testimony shall be taken.